IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cr-392

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| FELIPE ARELLANO ESCOBAR (3) ) | |
| a/k/a MARUICIO LAGUNEZ CONTERRAS ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on the retroactive amendments to the United States Sentencing Guidelines relating to crack cocaine. (Doc. No. 68).

The defendant pled guilty to possessing more than 5 kilograms of cocaine. (Doc. No. 6: Indictment; Doc. No. 49: Plea Agreement at ¶ 1). The offense level for cocaine offenses was not affected by the 2007 amendments. USSG Supp. to Appx. C., Amend. 706 (2007). Accordingly, the defendant is not eligible for a sentence reduction.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, the Community Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: June 3, 2008

Robert J. Conrad, Jr.
Chief United States District Judge